JSUM/USAO#2013R00425

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\_\_\_FILED \_\_\_ENTERED
\_\_\_LODGED \_\_\_RECEIVED

JUN 1 3 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| v. | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute a Controlled |
| DAVID LAWRENCE HANDEL, | * | Substance, 21 U.S.C. § 846; Use and |
| | * | Carry of a Firearm in Relation to a Drug |
| Defendant | * | Trafficking Offense, 18 U.S.C. § 924(c); |
| | * | Criminal Forfeiture, 21 U.S.C. § 853; |
| | * | Aiding and Abetting, 18 U.S.C. § 2) |
| | * | |
| | * | (FILED UNDER SEAL) |

\*\*\*\*\*

CCB-13-0313

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

1. From no later than in or about May 2012, through on or about August 22, 2012, in the District of Maryland and elsewhere, the defendant,

**DAVID LAWRENCE HANDEL,**

knowingly and unlawfully combined, conspired, confederated and agreed with others both known and unknown to the Grand Jury, to distribute and possess with intent to distribute:

    a.    a mixture or substance which contains methylone, a Schedule I controlled substance,

    b.    a mixture or substance containing a detectable amount of 2C-E, a Schedule I controlled substance, and

    c.    a mixture or substance containing a detectable amount of 2C-C, a Schedule I controlled substance.

in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about August 22, 2012, the defendant,

### DAVID LAWRENCE HANDEL,

did knowingly use and carry a firearm, that is a Glock 26, Serial Number SRP018, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846, as alleged in Count One of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## FORFEITURE

1. Upon conviction of one or more of the offenses set forth in Count One and Two of this Indictment, the defendant,

**DAVID LAWRENCE HANDEL,**

shall forfeit to the United States any property used, and intended to be used, in any manner or part, to commit, and to facilitate the commission of, such violations, and shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of those offenses, and all property traceable to such property. This includes, but is not limited to:

- a    $7,477.90;
- b.    MSI Laptop computer, Model MS1681;
- c.    Glock 26, Serial Number SRP018;
- d.    Glock 17, Serial Number NXU944;
- e.    Mossberg .22 Rifle, Serial Number EHB320;
- f.    Smith & Wesson M&P 15, Serial Number SP53569; and
- g.    Keltec PF-9, Serial Number RX612.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

- a.    cannot be located upon the exercise of due diligence;
- b.    has been transferred or sold to, or deposited with, a third person;
- c.    has been placed beyond the jurisdiction of the Court;
- d.    has been substantially diminished in value; or
- e.    has been commingled with other property which cannot be subdivided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the property described above.

21 U.S.C. § 853

/s/ Rod Rosenstein
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

6/13/13
Date

**SIGNATURE REDACTED**
Foreperson

4