

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JUN 1 3 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. |
| DAVID LAWRENCE HANDEL | * | CCB-13-0313 |

\* \* \* \* \*

## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Justin S. Herring, Assistant United States Attorney for said District, moves this Honorable Court to order and direct that this Indictment and this Motion be **SEALED**, until the defendant has been arrested.

Respectfully Submitted,

Rod J. Rosenstein
United States Attorney

_____
Justin S. Herring
Assistant United States Attorney

## ORDER

It is this 13th day of June 2013, hereby

ORDERED, that this Indictment and Motion be **SEALED**.

_____
Timothy J. Sullivan
United States Magistrate Judge