IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -2 A 11: 46

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| DAVID LAWRENCE HANDEL<br>Defendant. | : CRIMINAL NO. CCB-13-0313 TY |

...oOo...

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its undersigned attorneys, moves this Honorable Court to order and direct that the Indictment returned in the above-captioned matter be UNSEALED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

Justin S. Herring
Assistant United States Attorney

ORDERED as prayed, this ___2nd___ day of October 2013.

Hon. Beth P. Gesner
United States Magistrate Judge